1  Z. Kathryn Branson, Esq.
   Nevada Bar No. 11540
2  TaylorA. Buono, Esq.
   Nevada Bar No. 15513
3  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
4  Suite 200
   Las Vegas, NV 89113.4770
5  Telephone:  702.862.8800
   Facsimile:   702.862.8811
6  kbranson@littler.com
   tbuono@littler.com
7
   Attorneys for Defendants
8  BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO
   AND SONS OF NEVADA and SYSCO
9  CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PETER HURTEAU, | Case No.: 2:25-cv-00930-MMD-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND [ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| BELLISSIMO DISTRIBUTION, LLC, a Delaware limited liability company, doing business as GRECO AND SONS OF NEVADA; and SYSCO CORPORATION, a Delaware corporation, | [FIRST REQUEST] |
| Defendants. | |

Plaintiff Peter Hurteau and Defendants Bellissimo Disribution, LLC d/b/a Greco and Sons of Nevada and Sysco Corporation, through their respective counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the First Amended Complaint from the current deadline of July 2, 2025, up to and including **July 23, 2025.**

On June 18, 2025, Plaintiff filed a First Amended Complaint, which added additional details regarding the allegations against Defendants. The additional requested time will allow defense counsel to conduct a complete investigation into the new allegations and claims and prepare a response thereto.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

This is the first request for an extension of time to respond to the First Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 30, 2025

Respectfully submitted,

/s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
LAW OFFICE OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
PETER HURTEAU

Dated:  June 30, 2025

Respectfully submitted,

/s/ Taylor A. Buono
Z. Kathryn Branson, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendants
BELLISSIMO DISTRIBUTION, LLC d/b/a
GRECO AND SONS OF NEVADA and SYSCO
CORPORATION

**IT IS SO ORDERED**

**DATED:** 12:09 pm, July 01, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4898-0502-4337.1 / 123143.1049

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2