Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
TaylorA. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
kbranson@littler.com
tbuono@littler.com

Attorneys for Defendants
BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO AND SONS OF NEVADA and SYSCO CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER HURTEAU,<br><br>          Plaintiff,<br><br>v.<br><br>BELLISSIMO DISTRIBUTION, LLC, a Delaware limited liability company, doing business as GRECO AND SONS OF NEVADA; and SYSCO CORPORATION, a Delaware corporation,<br><br>          Defendants. | Case No.: 2:25-cv-00930-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[THIRD REQUEST]** |

  Plaintiff Peter Hurteau and Defendants Bellissimo Disribution, LLC d/b/a Greco and Sons of Nevada and Sysco Corporation, through their respective counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the First Amended Complaint from the current deadline of August 1, 2025, up to and including **August 6, 2025.**

  On June 18, 2025, Plaintiff filed a First Amended Complaint, which added additional details regarding the allegations against Defendants. The additional requested time will allow defense counsel to conduct a complete investigation into the new allegations and claims and prepare a response thereto. Since that time, the undersigned defense counsel had a family

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

emergency that has unfortunately delayed their ability to finalize the response pursuant to the first extension granted, and Plaintiff's counsel and this Court graciously granted a second extension. The undersigned and Plaintiff's counsel have discussed options to avoid further motion practice regarding the First Amended Complaint and preserve attorney and judicial resources and despite their joint efforts, were unable to reach a resolution. In order to finalize Defendant's response to the First Amended Complaint, the parties therefore agree to a final brief extension of 3 business days.

    This is the third request for an extension of time to respond to the First Amended Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: August 1, 2025 | Dated: August 1, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Robert P. Spretnak | /s/ Z. Kathryn Branson |
| Robert P. Spretnak, Esq.<br>LAW OFFICE OF ROBERT P. SPRETNAK<br><br>Attorneys for Plaintiff<br>PETER HURTEAU | Z. Kathryn Branson, Esq.<br>Taylor A. Buono, Esq.<br>LITTLER MENDELSON, P.C.<br><br>Attorney for Defendants<br>BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO AND SONS OF NEVADA and SYSCO CORPORATION |

**The above stipulation is granted nunc pro tunc.**

**IT IS SO ORDERED**

**DATED:** 7:22 pm, August 06, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2