Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
TaylorA. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
kbranson@littler.com
tbuono@littler.com

Attorneys for Defendants
BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO AND SONS OF NEVADA and SYSCO CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER HURTEAU,<br><br>            Plaintiff,<br><br>v.<br><br>BELLISSIMO DISTRIBUTION, LLC, a Delaware limited liability company, doing business as GRECO AND SONS OF NEVADA; and SYSCO CORPORATION, a Delaware corporation,<br><br>            Defendants. | Case No.: 2:25-cv-00930-MMD-BNW<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONFIRM BRIEFING SCHEDULE ON MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Peter Hurteau and Defendants Bellissimo Disribution, LLC d/b/a Greco and Sons of Nevada and Sysco Corporation, through their respective counsel, agreed to extend the deadline to file a reply in support of the motion to dismiss from August 27, 2025 up to and including **September 10, 2025** [ECF No. 25]. The parties agreed the requested time was appropriate to accommodate the schedules of counsel and their respective workloads and other deadlines.

Due to a calendar error, Defendant's reply in support of the motion to dismiss was filed on **September 11, 2025**. The Parties thereby agree to amend the prior stipulation to extend the deadline until **September 11, 2025**. Plaintiff confirms there is no objection to this request.

This request is made in good faith and not for the purpose of delay.

Dated: October 6, 2025

Respectfully submitted,

*/s/ Robert P. Spretnak*
Robert P. Spretnak, Esq.
LAW OFFICE OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
PETER HURTEAU

Dated: October 6, 2025

Respectfully submitted,

*/s/ Taylor A. Buono*
Z. Kathryn Branson, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendants
BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO AND SONS OF NEVADA and SYSCO CORPORATION

**IT IS SO ORDERED.**

_____
**Miranda M. Du, U.S. District Judge**

Dated: October 7, 2025

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2