Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Taylor A.  Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
mpaek@littler.com
tbuono@littler.com

Attorneys for Defendants
BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO
AND SONS OF NEVADA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| PETER HURTEAU,<br><br>              Plaintiff,<br><br>      v.<br><br>BELLISSIMO DISTRIBUTION, LLC, a Delaware limited liability company, doing business as GRECO AND SONS OF NEVADA,<br><br>              Defendant. | Case No.: 2:25-cv-00930-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff Peter Hurteau and Defendant Bellissimo Distribution, LLC d/b/a Greco and Sons of Nevada, through their respective counsel, hereby stipulate to amend the Scheduling Order, (ECF No. 40), by extending the dispositive motion deadline only for a period of sixty days, from May 26, 2026 up to and including July 27, 2026.[1]

Discovery is currently scheduled to close on April 24, 2026. The parties have worked diligently to complete discovery within the discovery schedule (ECF No. 40). Due to various scheduling issues of counsel, the parties have mutually agreed to complete remaining depositions

---

[1] The 60th day falls on a Saturday.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

outside the close of discovery, without necessitating a request to extend discovery less than 21 days prior to the close of discovery. As the parties have agreed to conduct the depositions after the close of discovery, the parties will need additional time to receive the necessary deposition transcripts and draft their dispositive motions. Additionally, the parties are currently engaging in good faith settlement negotiations, which may obviate the need further motion practice in this case. Accordingly, good cause exists to extend the dispositive-motions deadline to permit the parties to achieve their respective briefing goals. The requested extension is sought in good faith and not for purposes of delay.

Dated: April 13, 2026

Respectfully submitted,


/s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
LAW OFFICE OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
PETER HURTEAU

Dated:  April  13, 2026

Respectfully submitted,


/s/ Taylor A. Buono
Montgomery Y. Paek, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BELLISSIMO DISTRIBUTION, LLC d/b/a
GRECO AND SONS OF NEVADA


**IT IS SO ORDERED.**


_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 15, 2026

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800