Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
mpaek@littler.com
tbuono@littler.com

Attorneys for Defendant
BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO
AND SONS OF NEVADA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER HURTEAU, | Case No.: 2:25-cv-00930-MMD-BNW |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| BELLISSIMO    DISTRIBUTION,    LLC,    a Delaware   limited   liability   company,   doing business as GRECO AND SONS OF NEVADA, | |
| Defendants. | |

Plaintiff PETER HURTEAU ("Plaintiff"), and Defendant, Defendant BELLISSIMO DISTRIBUTION, LLC d/b/a GRECO AND SONS OF NEVADA ("Defendant" or "BELLISSIMO") (collectively herein the "Parties")[1], hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

The Parties submit the instant Stipulation pursuant to their agreement for global resolution of this action. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to

[1] Former Defendant, Sysco Corporation, was previously dismissed from this action.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice, and close the case.

Dated: June 8, 2026

Respectfully submitted,


*/s/ Robert P. Spretnak*
Robert P. Spretnak, Esq.
LAW OFFICE OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
PETER HURTEAU

Dated:  June 8, 2026

Respectfully submitted,


*/s/ Taylor A. Buono*
Montgomery Y. Paek, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendants
BELLISSIMO DISTRIBUTION, LLC d/b/a
GRECO AND SONS OF NEVADA


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 9, 2026

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2